**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>**DISTRICT OF OREGON** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Altrec, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 91-1994815 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>725 SW Umatilla Ave<br>Redmond, OR<br>ZIPCODE: 97756 | Street Address of Joint Debtor (No. and Street, City, and State)<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Deschutes | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Internet sales

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- ☑ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☑ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |

**Estimated Assets**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

**Estimated Liabilities**
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.5-802 - 30755-302Y-***** - PDF-XChange 3.0

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Altrec, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) ||| 
| Location Where Filed: NONE | Case Number: | Date Filed: |
| Location Where Filed: N.A. | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)      Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Altrec, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

**X**  /s/ David A. Foraker
Signature of Attorney for Debtor(s)

DAVID A. FORAKER 812280
Printed Name of Attorney for Debtor(s)

Greene & Markley, P.C.
Firm Name

1515 SW Fifth Avenue, Suite 600
Address

Portland, OR  97201

(503) 295-2668
Telephone Number

January 6, 2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110,  (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petition  preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  /s/ Michael Morford
Signature of Authorized Individual

MICHAEL MORFORD
Printed Name of Authorized Individual

President
Title of Authorized Individual

January 6, 2014
Date

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.5-802 - 30755-302Y-***** - PDF-XChange 3.0

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF OREGON

In re   Altrec, Inc.                          ,
              Debtor

Case No.   14-_____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Huntington Capital Fund II LP<br>Attn: Morgan L Miller Jr<br>4660 La Jolla Village Dr Ste 560<br>San Diego, CA 92122 | Morgan Miller<br>4660 La Jolla Village Dr<br>Suite 550<br>San Diego, CA 92122<br>(858) 259-7654 | Note | | 2,958,090.28<br>Collateral FMV<br>0.00 |
| Stockamp, Dale<br>17210 Wall Street<br>Lake Oswego, OR 97034 | Dale Stockamp<br>17210 Wall Street<br>Lake Oswego, OR 97034<br>(503) 639-7364 | Note | | 2,701,361.10<br>Collateral FMV<br>0.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.5-802 - 30755-302Y-***** - PDF-XChange 3.0

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| The Burton Corporation<br>POB 4449<br>Burlington, VT 05406 | Jim Bruce<br>The Burton Corporation<br>80 Industrial Parkway<br>Burlington, VT 05401<br>(802) 651-0371 | Product vendor | | 520,585.60<br>Collateral FMV<br>0.00 |
| The North Face<br>c/o VF Outdoor Inc<br>2701 Harbor Bay Pkwy<br>Alameda, CA  94502 | Lisa Long<br>c/o VF Outdoor Inc<br>2701 Harbor Bay Pkwy<br>Alameda, CA  94502<br>(920) 735-8333 | Product vendor | | 508,505.50 |
| Arc'teryx Equipment Inc<br>2155 Dollarton Hwy #100<br>N Vancouver, BC V7H 3B2<br>CANADA | Rob Scott<br>Arc'teryx Equipment Inc<br>2155 Dollarton Hwy #100<br>N Vancouver, BC V7H 3B2<br>CANADA<br>(604) 960-3079 | Product vendor | | 507,969.18 |
| Patagonia<br>259 W Santa Clara St<br>Ventura, CA  93001 | Yvonne Besvold<br>Pantagonia<br>259 W Santa Clara St<br>Ventura, CA  93001<br>(805) 667-4721 | Product vendor | | 410,705.77 |
| Keen Inc<br>515 NW 13th Ave<br>Portland, OR  97209 | Greg Hoyle<br>Keen, Inc.<br>515 NW 13th Ave<br>Portland, OR  97209<br>(800) 509-5336 x4320 | Product vendor | | 318,456.36 |
| Invest Northwest LP<br>3205 NW 130th St<br>Vancouver, WA 98686 | Mike Reynoldson<br>Invest Northwest LP<br>3205 NW 130th St<br>Vancouver, WA 98686<br>(360) 607-5021 | Loan | | 317,490.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| L & C Private Equities II LP<br>3204 NW 130th St<br>Vancouver, WA 98685 | Mike Reynoldson<br>L & C Private Equities II LP<br>3204 NW 130th St<br>Vancouver, WA 98685<br>(360) 607-5021 | Loan | | 317,490.00 |
| Timberland Company<br>c/o VF Corporation<br>105 Corporate Center Blvd<br>Greensboro, NC 27408 | Diane Borowski<br>c/o VF Corporation<br>105 Corporate Center Blvd<br>Greensboro, NC 27408<br>(866) 715-3223 x8443 | Product vendor | | 270,667.00 |
| Canada Goose<br>250 Bowie Ave<br>Toronto, Ontario M6E 4Y6<br>CANADA | Colin Renfrey<br>Canada Goose<br>250 Bowie Ave<br>Toronto, Ontario M6E 4Y6<br>CANADA<br>(416) 780-9850 x2222 | Product vendor | | 261,048.29 |
| Sorel<br>POB 935641<br>Atlanta, GA 31193-5641 | Jean Boudreau<br>c/o Columbia Sportswear<br>1260 NW Waterhouse Ave #3<br>Beaverton, OR 97006<br>(503) 985-4536 | Product vendor | | 252,086.27 |
| Mountain Hardwear<br>Department 33162<br>POB 39000<br>San Francisco, CA 94139-3162 | Jean Boudreau<br>c/o Columbia Sportswear<br>1260 NW Waterhouse Ave #3<br>Beaverton, OR 97006<br>(503) 985-4536 | Product vendor | | 220,372.87 |
| Icebreaker Nature Clothing Corp<br>POB 912079<br>Denver, CO 810291-2079 | Kimberlee Viera<br>Icebreaker Nature Clothing Corp<br>1330 NW 14th Ave<br>Portland, OR 97209<br>(503) 727-9053 | Product vendor | | 214,034.90 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Columbia Sportswear<br>POB 935641<br>Atlanta, GA<br>31193-5641 | Jean Boudreau<br>Columbia Sportswear<br>1260 NW Waterhouse Ave #3<br>Beaverton, OR 97006<br>(503) 985-4536 | Product vendor | | 186,549.95 |
| Smartwool<br>c/o VF Corporation<br>105 Corporate Center Blvd<br>Greensboro, NC 27408 | Diane Borowski<br>c/o VF Corporation<br>105 Corporate Center Blvd<br>Greensboro, NC 27408<br>(866) 715-3223 x8443 | Product vendor | | 174,213.25 |
| Mercent Corporation<br>1633 Westlake Ave N Ste 200<br>Seattle, WA 98109 | Lovisa Hill<br>Mercent Corporation<br>1633 Westlake Ave N Ste 200<br>Seattle, WA 98109<br>(206) 832-3958 | E commerce services | | 167,918.34 |
| Nisum Technologies<br>500 S Kraemer Blvd Ste 301<br>Brea, CA 92821 | Imtiaz Mohammady<br>Nisum Technologies Inc<br>500 S Kraemer Blvd Ste 301<br>Brea, CA 92821<br>(714) 579-7979 x201 | E commerce services | | 166,496.00 |
| Google Inc<br>Department #33654<br>POB 39000<br>San Francisco, CA 94139 | Carmencita Bonayon<br>Google Inc<br>Dept #33654, POB 39000<br>San Francisco, CA 94139<br>(866) 954-0453 x8544 | E commerce services | | 161,691.59 |
| Amer Sports Winter & Outdoor Co<br>Salomon<br>2030 Lincoln Ave<br>Ogden, UT 84401 | Scott Chase<br>Amer Sports Winter & Outdoor Co<br>2030 Lincoln Ave<br>Ogden, UT 84401<br>(801) 624-7538 | Product vendor | | 152,798.74 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.5-802 - 30755-302Y-***** - PDF-XChange 3.0

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date   January 6, 2014

Signature   /s/ Michael Morford

MICHAEL MORFORD,
President

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **List of Creditors Holding 20 Largest Unsecured Claims**, along with self-adhesive mailing labels containing the name and service address for the debtor, debtor's attorney, and each of the contact people listed thereon, to:

U.S. Trustee's Office
620 SW Main St. #213
Portland, OR 97205

by **hand-delivery** to the U.S. Trustee's office at the address stated above, on the date set forth below.

Dated: January 6, 2014.

/s/ David A. Foraker
David A. Foraker, OSB #812280
Attorney for Debtor

Page 1 of 1 - CERTIFICATE OF SERVICE