**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**

In re  Altrec, Inc._____,
             Debtor

Case No.  14-30037-rld11

Chapter  11

**List of Equity Security Holders**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Adams, Susanne K<br>18226 NE 27th St<br>Redmond, WA  98052 | 70,850 | Common stock (10,921), Preferred Series A (1,467), Pref. Series B (39,232), Pref. Series C (19,230) |
| Anderson, Jeff and Mary<br>6224 E Mercer Way<br>Mercer Island, WA  98040 | 316,531 | Common stock |
| Barth, Chris<br>2613 NW Lemhi Pass Dr<br>Bend, OR  97701 | 42,000 | Common Stock |
| Birk, Carol L<br>458 W Jamison Pl<br>Littleton, CO  80120 | 13,557 | Common stock |
| Birk, Timothy C<br>1515 S Chase Ct<br>Lakewood, CO  80232 | 13,557 | Common stock |
| Burnett, Steven<br>2989 SW 83rd St<br>Redmond, OR  97756 | 30,207 | Common stock |
| Burts, Bettina<br>14833 Haywagon<br>Sisters, OR  97759 | 15,125 | Common stock |
| Burwell, James<br>20669 Couples Ln<br>Bend, OR  97702 | 29,167 | Common stock |
| Byrne, John<br>4900 NW Homestead Way<br>Redmond, OR  97756 | 50,344 | Common stock |
| Campbell, Duncan<br>Dual Sports Inc<br>1100 Bellevue Way NE #7<br>Bellevue, WA  98004 | 456,202 | Preferred Series B (439,018), Preferred Series C (17,184) |
| Campbell, Jeffrey F<br>2515 104th Ave SE<br>Bellevue, WA  98004 | 10,000 | Preferred Series B |
| Chamberlain, Vanessa<br>9900 GlenPark Dr<br>Las Vegas, NV  89134 | 54,228 | Common stock |
| Cissel, Robert<br>19701 Selby Ave<br>Poolesville, MD  20837 | 150,882 | Preferred Series B |

In re: Altrec, Inc., Debtor

Case No. 14-30037-rld11

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Collings, Taylor<br>2306 16th Ave E<br>Seattle, WA  98112 | 27,114 | Common stock |
| Curtis, James A<br>525 Belmont Ave E #119<br>Seattle, WA  98102 | 32,537 | Common stock |
| Dahlke, Randall<br>1524 NW Teakwood Ln<br>Redmond, OR  97756 | 35,417 | Common stock |
| David E Ligon Trust<br>1200 Financial Blvd<br>Reno, NV  89502 | 27,114 | Common stock |
| Davidson, Gina<br>3003 NW 9th Court<br>Redmond, OR  97756 | 10,313 | Common stock |
| DeJong, George & Nellie<br>4717 Dolphin Way #507<br>St Petersburg, FL  33711 | 21,691 | Common stock |
| Dodd, Wendy S<br>POB 255<br>Issaquah, WA  98027 | 20,000 | Common stock |
| Donald E Pickering Trust<br>2642 W Viewmont Way W<br>Seattle, WA  98199 | 97,611 | Common stock |
| Donnelson, Blaine<br>5312 139th Pl SW<br>Edmonds, WA  98026 | 2,007,502 | Common stock (1,996,986), Preferred Series A (10,516) |
| Driano, Michelle T<br>2506 139th Ave SW<br>Seattle, WA  98116 | 5,423 | Common stock |
| Emily S Pickering Trust<br>c/o Don Pickering<br>2642 W Viewmont Way W<br>Seattle, WA  98199 | 27,114 | Common stock |
| Fenpro Limited Partnership<br>c/o Edward Robinson<br>16217 6th Ave NW<br>Seattle, WA  98117 | 33,893 | Common stock |
| Ferry, William<br>55 Broadview Terrace<br>Gilford, NH  03249 | 177,058 | Common stock (30,000), Preferred Series B (147,058) |
| Fischer, Mary K<br>134 NW 75th St<br>Seattle, WA  98117 | 104,000 | Common stock |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.5-803 - 30755-302Y-***** - PDF-XChange 3.0

In re  Altrec, Inc.                                ,   Case No.  14-30037-rld11
                Debtor

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Fortuna Land & Trade LLC<br>725 SW Umatilla Ave<br>Redmond, OR  97756 | 1,086,006 | Common stock (229,775), Preferred Series A (30,863), Preferred Series B (825,368) |
| Garfinkel, Martin<br>932 Winthrope Dr<br>Virginia Beach, VA  23432 | 27,114 | Common stock |
| Geller, David<br>2156 272nd Way SE<br>Sammamish, WA  98075 | 108,457 | Common stock |
| Geller, Stephen A MD<br>212 S Stanley Dr<br>Beverly Hills, CA  90211 | 21,691 | Common stock |
| Heckler, Tye<br>1226 16th Ave W Ste 200<br>Seattle, WA  98119 | 10,869 | Common stock |
| Hoshovsky, Gregg<br>2965 NW Cabernet Ln<br>Bend, OR  97201 | 26,249 | Common stock |
| Huntington Capital Fund II LP<br>Attn: Morgan L Miller Jr<br>4660 La Jolla Village Dr Ste 560<br>San Diego, CA  92122 | 1,250,000 | Preferred Series D |
| Invest Northwest LP<br>3204 NW 130th St<br>Vancouver, WA  98686 | 625,000 | Preferred Series D |
| John A Ligon Trust<br>2040 Humboldt St<br>Reno, NV  89509 | 75,920 | Common stock |
| Johnson, Raymond<br>10820 Kulshan Rd<br>Woodway, WA  98020 | 55,000 | Common stock |
| Kaplinsky, Alexander<br>330 Arguello Blvd #4<br>San Francisco, CA  94118 | 27,114 | Common stock |
| Katz, Aaron<br>3237 12th Ave W<br>Seattle, WA  98119 | 5,423 | Common stock |
| Katz, Margie<br>306 Ward St<br>Seattle, WA  98109 | 14,197 | Common stock (5,423), Preferred Series A (8,774) |
| Kaufman, Louis<br>306 Ward St<br>Seattle, WA  98109 | 5,423 | Common stock |

In re Altrec, Inc. ,   Case No. 14-30037-rld11
_____
Debtor

## List of Equity Security Holders (Continuation Page)

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Kean, Gabe<br>4754 SW Eddy St<br>Seattle, WA 98136 | 18,876 | Common stock (18,671), Preferred Series A (205) |
| Kelly, Christopher R<br>800 5th Avenue Ste 4100<br>Seattle, WA 98104 | 1,683,788 | Preferred Series B (1,065,789), Preferred Series C (461,749), Preferred Series D (156,250) |
| Kelly, Christopher R<br>dba Fortuna Investments<br>800 Fifth Avenue Ste 4100<br>Seattle, WA 98199 | 9,662,502 | Preferred Series B (1,528,693), Preferred Series C (8,133,809) |
| Kormeier, Victor<br>POB 2842<br>Weaverville, CA 96093 | 85,500 | Common stock |
| L & C Private Equities II LP<br>3204 NW 130th St<br>Vancouver, WA 98685 | 625,000 | Preferred Series D |
| Larisa Ligon Miller Trust<br>21734 NE 201st Ct<br>Woodinville, WA 98072 | 27,114 | Common Stock |
| Larsen, Rebecca<br>524 NW Canyon Dr<br>Redmond, OR 97756 | 35,000 | Common stock |
| Lessard, Jerry<br>37853 38th Ave S<br>Auburn, WA 98001 | 405,259 | Common stock (400,859), Preferred Series A (4,400) |
| Ligon Family Trust<br>POB 7097<br>Reno, NV 89510-7097 | 10,846 | Common stock |
| Lindsay Ligon Trust<br>c/o Paine Webber<br>1201 3rd Ave #2400<br>Seattle, WA 98101 | 21,691 | Common stock |
| LiSanti, Sandi<br>10230 NE Points Dr<br>Kirkland, WA 98033 | 27,183 | Common stock |
| Menendez, Jack<br>2697 NE Wilcox Ave<br>Terrebonne, OR 97760 | 121,651 | Common stock |
| Michelsons, Ivar<br>POB 865<br>Preston, WA 98050 | 27,114 | Common stock |
| Morford, Donald K<br>4555 Lake Washington Blvd NE<br>Kirkland, WA 98033 | 27,114 | Common stock |

In re  Altrec, Inc. ,  Case No. 14-30037-rld11
Debtor

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Morford, James<br>4000 Point White Dr<br>Bainbridge Island, WA  98110 | 27,114 | Common stock |
| Morford, Michael<br>2482 NW Marken St<br>Bend, OR  97701 | 14,242,433 | Common (5,330,389), Pref. Series A (144,020), Pref. Series B (8,268,024), Pref. Series C (500,000) |
| Morford, Michael & Katie<br>2482 NW Marken St<br>Bend, OR  97701 | 29,411 | Preferred Series B |
| Mulberg, Ronald C<br>3391 46th Ave NE<br>Seattle, WA  98105 | 27,114 | Common stock |
| Pareira, Steve<br>20598 Brightenwood Ln<br>Bend, OR  97702 | 7,875 | Common stock |
| Peery, Kelton M<br>14317 SE 78th Way<br>Newcastle, WA  98059 | 20,336 | Common stock |
| Peterson, Drew<br>1964 NW 2nd St<br>Bend, OR  97701 | 5,881 | Common stock |
| Pickering, Don<br>2642 W Viewmont Way W<br>Seattle, WA  98199 | 1,921,227 | Common stock (1,900,367), Preferred Series A (20,860) |
| Poole, Laurent D<br>9210 N Fire Ridge Trail<br>Fountain Hills, AZ  85268 | 65,794 | Common stock (21,691), Preferred Series A (14,038), Preferred Series B (30,065) |
| Ranade, Anita<br>1177 NW 18th St<br>Bend, OR  97701 | 40,312 | Common stock |
| Roberts, Donald W<br>1506 106th Ave NE<br>Bellevue, WA  98004 | 13,557 | Common stock |
| Schneider, Torrie<br>821 NW Spruce St<br>Redmond, OR  97756 | 9,740 | Common stock |
| Skoog, Gordon<br>16216 NE 107th Ct<br>Redmond, WA  98052 | 60,000 | Common stock |
| Smith, Taj<br>1247 NW 18th St<br>Redmond, OR  97756 | 15,125 | Common stock |

In re  Altrec, Inc._____ ,  Case No.  14-30037-rld11_____
                    Debtor

**List of Equity Security Holders (Continuation Page)**

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Smoke, Alan<br>365 S Timber Creek Dr<br>Sisters, OR  97759 | 2,631 | Common stock |
| Sportsbrands Inc<br>Attn Steve Crisafulli<br>2725 Brady Rd<br>Santa Rosa, CA  95404 | 301,960 | Preferred Series B |
| Stowell, Shelley<br>4 Smith St<br>Monroe, WA  98272 | 464,070 | Common stock |
| The John Henry Ligon Trust<br>c/o Paine Webber<br>1201 Third Ave #2400<br>Seattle, WA  98101 | 21,691 | Common stock |
| Toledo, Gregory W<br>4118 SW Hill St<br>Seattle, WA  98116 | 35,000 | Common stock |
| Turville, Guila D<br>POB 36<br>Hobard, WA  98025 | 27,114 | Common stock |
| Upchurch, Matthew<br>505 Main St Ste 500<br>Fort Worth, TX  76102 | 300,653 | Preferred Series B |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.5-803 - 30755-302Y-***** - PDF-XChange 3.0

In re <u>Altrec, Inc.         </u>                                             Case No. <u>14-30037-rld11</u>
     Debtor

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date <u>January 21, 2014</u>                              Signature <u>/s/ Michael Morford                </u>
                                                                          Michael Morford, President